# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

MARVIN COBB,
Reg. #09419-076                                                                    PLAINTIFF

V.                    2:13CV00115 DPM/JTR

T.C. OUTLAW,
Warden, FCI-FC, et al.                                               DEFENDANTS

## **ORDER**

Defendants have filed a Motion to Dismiss and a Brief in Support arguing that Plaintiff has failed to state a viable claim for relief. *Docs. 13 & 14.* Plaintiff must file a Response.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff must file, **within thirty days of the entry of this Order**, a Response to Defendants' Motion to Dismiss.

2. Plaintiff is advised that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 5th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE