IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MARVIN COBB**                                                                PLAINTIFF
Reg #09419-076

v.                              No. 2:13-cv-115-DPM

T C OUTLAW, Warden, Forrest City Complex;
RONALD SMITH, Safety Manager, FCC Forrest City;
and A HAYNES, Warden, FCC Forrest City                DEFENDANTS

### ORDER

Cobb has advised the Court informally that he's in the hospital and can't meet today's deadline for responding to the motion for summary judgment. He plans to mail his response tomorrow. That will be fine.

So Ordered.

*[signature]*
D. P. Marshall Jr.
United States District Judge
6 November 2014