IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARVIN COBB     PLAINTIFF
Reg #09419-076

v.     No. 2:13-cv-115-DPM

T. C. OUTLAW, Warden, Forrest City Complex;
RONALD SMITH, Safety Manager, FCC Forrest City;
and A. HAYNES, Warden, FCC Forrest City     DEFENDANTS

## JUDGMENT

Cobb's Fourteenth and Eighth Amendment claims against all defendants are dismissed with prejudice.

*/s/ D. P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge
29 December 2014