IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARVIN COBB                                                    PLAINTIFF
Reg #09419-076

v.                        No. 2:13-cv-115-DPM

T. C. OUTLAW, Warden, Forrest City Complex;
RONALD SMITH, Safety Manager, FCC Forrest City;
and A. HAYNES, Warden, FCC Forrest City          DEFENDANTS

ORDER

All Cobb's claims fail on the merits. Belated requests to amend can't be used to avoid summary judgment. *Roberson v. Hayti Police Department*, 241 F.3d 992, 995 (8th Cir. 2001). Motion to reconsider, № 47, denied.

So Ordered.

*[signature]*
D. P. Marshall Jr.
United States District Judge
2 February 2015